IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs                                                                                                        CR NO. **2:19-347**
**James Thomas Bramlette**

## PLEA

The defendant, **James Thomas Bramlette**, having withdrawn his plea of Not Guilty entered October 16, 2019, pleads GUILTY to Counts 5 and 9 of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

August 30, 2021